Dianne ANDERSON–DELOATCH,
Petitioner,

v.

DEPARTMENT OF VETERANS
AFFAIRS, Respondent.

No. 05–3328.

United States Court of Appeals,
Federal Circuit.

June 9, 2006.

Before SCHALL, LINN, and DYK,
Circuit Judges.

*Judgment*

PER CURIAM

*This CAUSE having been heard and con-*
*sidered, it is ORDERED and AD-*
*JUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.